**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MONICA GUTIERREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1499 |
| | § | |
| PRIMARY FINANCIAL SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The motion filed by the plaintiff, Monica Gutierrez, for a 30-day extension of time for the defendant, Primary Financial Services, LLC, to file a responsive pleading to the complaint, (Docket Entry No. 4), is granted.

SIGNED on July 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge